UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROBERT PAYTON,

               Plaintiff,                              **MEMORANDUM & ORDER**

            - against -                           16 CV 2794 (RJD) (RER)

UNITED STATES POSTAL SERVICE,

               Defendant.
------------------------------------------------------------ x
DEARIE, District Judge

      Plaintiff Robert Payton has failed to respond to this Court's order to show cause of January 29, 2018, or otherwise comply with the long-outstanding directives of Magistrate Judge Reyes, or communicate in any fashion with the Court or opposing counsel. Mr. Payton's pattern of non-compliance, as outlined in the government's letter of December 18, 2017, regrettably leaves the Court with no alternative but to terminate the litigation. Accordingly, the complaint is dismissed with prejudice.

      The Clerk of the Court is directed to mail a copy of the Order and the corresponding judgement to Mr. Payton at his last known address by certified mail, return receipt requested. The United States Attorney is requested to forward the information to Mr. Payton via his personal email address.

SO ORDERED.
Dated: Brooklyn, New York
       April 5, 2018

                                                            s/ RJD

                                                            RAYMOND J. DEARIE
**FILED**                                     United States District Judge
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   APR 0 5 2018   ★

BROOKLYN OFFICE